**Order entered October 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00635-CR

**ANTHONY BERNARD JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-70744-S**

## ORDER

The Court **GRANTS** appellant's October 21, 2014 motion to extend time to file his brief.

We **ORDER** the appellant's brief received on October 21, 2014 filed as of the date of this order.


/s/    ADA BROWN
       JUSTICE